E.D.Pa. AO Pro Se 14 (Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| Frederick Thomas Abello III<br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>Buck County Correctional Facility<br>Prime Care Medical Dept.<br>Warden Clifton Mitchell, CO/ Toure<br>CO/ Merchen<br>_____<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>(to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Frederick T. Abello III
   All other names by which you have been known: Freddy Abello
   ID Number: 078237
   Current Institution:
   Address:
      City         State         Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Bucks County Correctional Facility / Clifton Mitchell Warden
      Job or Title (if known): Warden
      Shield Number:
      Employer: Bucks Co prison
      Address: 1730 S. Easton Road
               Doylestown, PA 18901
               City      State    Zip Code
      ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
      Name: Prime Care Medical Department
      Job or Title (if known):
      Shield Number:
      Employer: Prime Care Medical
      Address: 1730 S. Easton Road
               Doylestown, PA 18901
               City      State    Zip Code
      ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
Name: CO/ Toure
Job or Title (if known): Corrections officer
Shield Number:
Employer: Bucks county Prison
Address: 1730 S. Easton. RD
Doylestown, PA 18901

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: CO/ Mershon
Job or Title (if known): corrections officer
Shield Number:
Employer: Bucks county Prison
Address: 1730 S. Easton. Road
Doylestown, PA 18901

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive force resulting in major medical issues.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Excessive force

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Back with all force why handcuffed aggresively pushing me forward an aggresively snatching me rebreaking my shoulder an rotator cuff which I now need 2 seperate surgerys

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Was being held for a frivolous warant for a frivolus violation.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

while in custody and being transported to Detox checks per medical

FREDERICK THEW

4/8/25

on or about June 2024 I was being held in Bucks Co. prison for a warrant on violation of probation, prior to my arrest I had a previous injury where I sustained a broken left humerus broken left shoulder, in which I spent April 2024 an May 2024 in physical therapy at J.A.G physical therapy in Bensalem, PA, my shoulder was at the point of healed, upon me entering Bucks Co. prison I informed them that I had a recent shoulder an head injury and its almost impossible for me to cuff up behind my back, so per prime care med. dept I was supposed to be cuffed in the front due to the severity of my injury healing on the way to my Detox checks officer c/o toure an c/o mershon were the 2 transporting me from my cell to medical where I was supposed to be cuffed from the front, I was to by c/o mershon I dont give a fuck who says cuff you in the front, either you turn around an cuff up or im gonna drag you out of the cell cuffed, I didnt want no trouble an I struggled to put my hands behind my back and was cuffed once out of the cell as c/o mershon was holding my cuffs c/o toure was pushing me forward with his forearm knocking me off balance as soon as I would start to fall forward

C/O mershon would snatch me back as hard as he could & yelled out stop doing that your hurting my arm, my shoulder is really broken they proceeded to laugh at me like it was a joke as I was in agonizing pain, the nurses yelled at the officers do not handle him like that he's really got injuries, the following day upon detox checks it was the same 2 officers once again told me to cuff up from behind, then an the block C/O's were calling me pussy boy laughing at me like it was a joke this time C/O Toure was the one being super aggressive an acting like a tuff bully they entire way to medical, I felt my arm re break in 2 seperate places an now I need 2 surgeries one on my rotator cuff the other on my shoulder. when I asked for a grievance I was told to ask the counslor who was never there and I was locked in the entire time, I wrote 3 grievances on green request slips, I also stopped the warden Clifton Mitchell who said he was aware of the situation. they ordered x-rays but they shipped me out before showing me the results, I believe the results came back an they saw the severity of how bad they damaged my shoulder an transferen me out to Delco for 2 weeks. once I was released to cove forge Rehab center

Where I was sent to UPMC and I was informed that the severity of my new injurys and that I now need 2 surgerys, my x-rays show how bad the injury is now compared to the original injury.

C. What date and approximate time did the events giving rise to your claim(s) occur?

I was supposed to be cuffed in the front, I told co/Toure /co/mershon I am supposed to be cuffed in the front I had a previous injury, I was told your gonna cuff up or be dragged out of the cell, once cuffed on the walk to medical both officers took turns pushing me forward with force an snatching me back by the cuffs Re breaking my shoulder in 2 places which now require surgery I was in physical therapy an healing up once Re broke I now require 2 surgery/s.

c/o Toure
c/o mershon took turns doing this over a 2 day period on the way to Detox Checks. "SEE ATTACHED"

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My shoulder was broken in march 2024 I did not need surgery I was in physical therAPY and doing fine until I was held in custody in Bucks County Prison After this incident the prison took X-rays, an shipped me to Delaware county/Prison before showing me the results because they realized how bad my injurys Now where I stayed in Delco for 1 week an was released to cove forge Rehabilitation center where I was finally sent to the hospital an saw the results of the damage c/o Toure an co/mershon did to my arm now requiring surgery.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want them to pay all medical bills recieved from the dates after my incarceration from these injurys including my upcoming surgery/s, I want to be compensated for loss of work an $150,000 for my shoulder, an 150,000 for my Rotator cuff total $350,000 I think thats fair.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Bucks county correctional facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☒ Do not know

If yes, which claim(s)?

All I was denied a grievance I wrote my own on request slips an spoke to Clifton Mitchell, an prime care medical dept.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

At Bucks county on a request slip 3 of them

2. What did you claim in your grievance?

How CO/Toure an CO/Mershaw were Handling me

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

They shipped me out before showing me my x-rays cause they saw the damage they did.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I filed on a request slip was denied a grievance to/o the counslor was not present, I spoke to warden Clifton mitchell and medbx prime care med)*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ~~Curran Freehold Correctional Facility~~ Frederick Abello

   Defendant(s) Curran Freehold Correctional Facility

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Federal

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   2010

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/8/25

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Frederick Thomas Abello
Prison Identification #: 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
Prison Address: Home 2584 Winchester Ave
Philadelphia     PA     19152
City     State     Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City     State     Zip Code

Telephone Number: _____
E-mail Address: _____

Frederick Abello #22994
33 teen challenge. RD
Rehersburg, PA. 19550

RECEIVED
APR 22 2025

Clerk of courts
601 market. St
Phila, PA. 19106



